UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
NOELANI JAYE,                             :
                                          :
                        Plaintiff,        :      24cv9423 (DLC)
              -v-                          :
                                          :      ORDER
MNG 2005, INC., et al.,                   :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    An Order of November 21, 2025 scheduled a show cause

hearing for December 3, 2025 at 11:00 a.m. in Courtroom 18B, 500

Pearl Street, New York, NY 10007.  Pursuant to plaintiff

counsel's request in a letter dated November 24, the Court memo

endorsed a request to reschedule the show cause hearing to

December 1, 2025 at 3:00 p.m.  The docket entry for the November

24 memo endorsement noted that this rescheduled hearing would be

held over telephone, although that was not specified in the

original Order of November 21, 2025 or the November 24 letter or

memo endorsement.  To clarify, it is hereby

    ORDERED that today's December 1, 2025 show cause hearing

will be held by telephone.  The parties shall use the following

dial-in credentials for the telephone conference:

            Dial-in:      1-855-244-8681
            Access Code:  2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          December 1, 2025

                                    _____
                                     DENISE COTE
                       United States District Judge

2