UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NOELANI JAYE,                            :        24cv9423 (DLC)
                                         :
                      Plaintiff,         :        ORDER
          -v-                            :
                                         :
MNG 2005, INC., et al.,                  :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     It having been reported to this Court that this case has

been settled, it is hereby

     ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **February 13, 2026**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          January 14, 2026

                              _____
                                       DENISE COTE
                              United States District Judge